**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR LOURDES LENIX, | Case No.: 1:09-cv-01683-AWI-JLT |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO FILE EXTENDED TRAVERSE (Doc. 40) |
| v. | ORDER DIRECTING CLERK OF THE COURT TO FILE TRAVERSE (Doc. 40) |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through retained counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 5, 2012, Respondent file an Answer in this case. (Doc. 36). On April 23, 2012, Petitioner filed the instant motion to file an oversized or extended Traverse, and appended a copy of the proposed Traverse to said motion. (Doc. 40).

Accordingly, the Court HEREBY ORDERS as follows:

1.     Petitioner's motion to file an oversized or extended Traverse (Doc. 40), is GRANTED;

2.     The Clerk of the Court is DIRECTED to file the Traverse submitted with the motion to file an oversized or extended Traverse (Doc. 40).

IT IS SO ORDERED.

Dated:   **May 29, 2012**               **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE