## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LOURDES LENIX,<br><br>      Petitioner,<br><br>   v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>      Respondent. | Case No.: 1:09-cv-01683-AWI-JLT<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR COPIES  (Doc. 44) |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**PROCEDURAL HISTORY**

The instant petition was filed on September 23, 2009. (Doc. 1).  On January 4, 2012, following an extended stay of proceedings to permit Petitioner to exhaust remedies in the state courts, the Court ordered Respondent to file as Response. (Doc. 34). On March 5, 2012, Respondent filed an Answer to the petition. (Doc. 36). On May 29, 2012, Petitioner filed his Traverse. (Doc. 42). At present, the matter is pending, awaiting a decision on the merits by the Court.

On April 18, 2013, Petitioner filed the instant motion for copies, requesting that the Court send various docket sheets and other documentation to establish that this matter is still pending. (Doc. 44). The Court has no mechanism for providing pro se petitioners with documentation other than the

1  normal orders that decide matters pending before the Court.
2        Accordingly, the Court HEREBY ORDERS that Petitioner's motion for copies (Doc. 44), is
3  DISREGARDED.  The matter remains pending and will be decided in due course.
4
5  IT IS SO ORDERED.
6     Dated:  **May 30, 2013**          **/s/ Jennifer L. Thurston**
7                                                   UNITED STATES MAGISTRATE JUDGE